STATE OF CONNECTICUT *v.* SILAS S.

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 118 Conn. App. 236 (AC 30034), is granted, limited to the following issue:

"Whether the Appellate Court correctly concluded that the trial court's imposition of restitution as a condition of probation was an abuse of discretion?"

The Supreme Court docket number is SC 18529.

*Kevin Kane*, chief state's attorney, in support of the petition.

*Christopher Duby*, special public defender, in opposition.

Decided January 19, 2010

JACKSON, INC. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF AVON

The plaintiff's petition for certification for appeal from the Appellate Court, 118 Conn. App. 202 (AC 30401), is denied.

KATZ, J., did not participate in the consideration of or decision on this petition.

*Robert A. Fuller*, in support of the petition.

*Michael A. Zizka* and *Lana M. Glovach*, in opposition.

Decided January 19, 2010